IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| INTERDIGITAL COMMUNICATIONS CORP., ET AL., | : | CIVIL ACTION NO. 03-6082 |
| Plaintiff, | : | |
| v. | : | |
| FEDERAL INSURANCE COMPANY, | : | |
| Defendant. | : | |

**O R D E R**

**AND NOW**, this **20th day** of **April 2009**, it is hereby **ORDERED** that Defendant's Motion to Lift the Stay of Enforcement of the Judgment (doc. no. 64) is **GRANTED**;

**IT IS FURTHER ORDERED** that Interdigital shall pay Federal the amount of $20,875,955.41, plus post-judgment interest at the rate of 1.35% from March 24, 2008 through the date of payment. This amount shall be paid by **Wednesday, April 30, 2009**;

**IT IS FURTHER ORDERED** that Federal's oral motion to amend the judgment pursuant to Federal Rule of Civil Procedure 60(a) is **GRANTED**;

-17-

**IT IS FURTHER ORDERED** that the judgment entered by the Court on March 25, 2008 (doc. no. 54-2) is **AMENDED** by adding the following sentence:

> Interdigital shall pay Federal the amount of $1,000,299.41, representing interest entitled to Federal under 42 Pa.C.S.A § 8101 which accrued from May 22, 2007, the date of the arbitration award, through March 24, 2008, the date of Court's confirmation of the award.

**AND IT IS SO ORDERED.**

_____
EDUARDO C. ROBRENO, J.